Taet, J.,
concurs in paragraphs one, two, three and four of the syllabus but dissents from the judgment. Cole v. McClure, 88 Ohio St., 1, 18, paragraph one of the syllabus, 102 N. E., 264; Stewart v. Gordon, 60 Ohio St., 170, 174, 53 N. E., 797. See State v. Urbaytis, 156 Ohio St., 271, 278, paragraph four of the syllabus, 102 N. E. (2d), 248. See also Frate v. Rimenik, 115 Ohio St., 11, paragraph one of the syllabus, 152 N. E., 14; State v. Petro, 148 Ohio St., 473, paragraphs ten and eleven of the syllabus, 76 N. E. (2d), 355.